

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>MAYRA ITURBE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-008M-4<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant's counsel__ , IT IS ORDERED that a detention hearing is set for __January 13, 2011__ , 2010 , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Marc L. Goldman, United States Magistrate Judge__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/11/2011

MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge

---